UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS ACTION NETWORK,
INC., et al.,

    Plaintiffs,

v.                                                                  Case No. 11-10061
                                                          Hon: AVERN COHN

DEBORAH K. SCHLUSSEL, et al.,

    Defendants.
_____/

## ORDER VACATING STAY
## and
## SCHEDULING ORDER

      This is a trademark case. On September 27, 2011, the Court held a status conference. This order memorializes the matters discussed at the conference.

      1.      The stay entered January 27, 2011 (Doc. 10) is VACATED.

      2.      Plaintiffs' motion for preliminary injunction is pending.

      3.      Plaintiff shall, within five (5) days file a restated motion for preliminary injunction, including a draft of the proposed preliminary injunction.

      4.      The trademarks subject matter of this case are:

| Mark | Type |
|---|---|
| CAIR | Registered |
| CAIR-Michigan | Common Law |
| Council on American-Islamic Relations | Registered |
| CAIR-MI | Common Law |

1

5.    Plaintiffs shall within five (5) days file exemplars of their uses of the trademarks listed in paragraph 4 above.

6.    Plaintiffs shall within five (5) days file exemplars of the defendants' uses of the trademarks listed in paragraph 4 above.

7.    The operative papers in the case at this time are Doc. 16, Doc. 26 and Doc 27.

SO ORDERED.

        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: September 30, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 30, 2011, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160