UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS ACTION NETWORK, INC., et al.,

    Plaintiffs,

-vs-

                       Case No. 11-10061
                       HON. AVERN COHN

DEBORAH SCHLUSSEL, et al.,

    Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION (DOC. 34) AND STAYING DEFENDANT'S MOTION FOR SANCTIONS (DOC. 43)

      This is a trademark case.  The Court held oral arguments on Plaintiff's Amended Motion for Preliminary Injunction and Defendant's Motion for Sanctions on December 21, 2011.  As agreed to by the parties, Defendants will remove the letter addressed to the office of the Michigan Attorney General dated September 1, 2010 and posted to www.debbieschlussel.com.  In addition, Defendants will remove the webpage dated December 22, 2010 and titled "Schlussel Appointed Executive Director…."  Defendants will also withdraw assumed names registered with the State of Michigan, displayed at (**Doc. 41 ex. B**), pending the outcome of this case.  These actions render Plaintiff's Motion for Preliminary Injunction moot, accordingly it is **DISMISSED**.  Defendant's

Motion for Sanctions is taken under advisement pending a discovery conference scheduled Thursday, January 5, 2012 at 10:00 a.m.

**SO ORDERED.**

Dated:  December 21, 2011        s/Avern Cohn
                                 AVERN COHN
                                 UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Wednesday, December 21, 2011, by electronic and/or ordinary mail.

                                 s/Julie Owens
                                 Case Manager, (313) 234-5160