UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Counsel on American-Islamic
Relations Action Network,
Incorporated, et al,                                    Case No.  11-10061

    Plaintiffs,                                         Honorable Avern Cohn
vs
                                          Honorable Mona K. Majzoub
Deborah K. Schlussel, et al,

    Defendants.           /

## ORDER FOR SUBMISSION AND DETERMINATION
## OF MOTION WITHOUT ORAL HEARING

A Motion for Protective (docket no. 58) was filed on March 19, 2012 in the above-entitled cause.

A Response, including written brief was filed on March 30, 2012 (docket no. 61).  A Reply was filed on April 9, 2012 (docket no. 62).

This Motion will be decided upon by the briefs, and no hearing will be scheduled, unless otherwise ordered by the Court.


Dated: April 10, 2012                    s/ Mona K. Majzoub
                                                          MONA K. MAJZOUB
                                                          UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify a copy of this Order was served upon Counsel of Record on this date.

Dated: April 10, 2012                    s/ Lisa C. Bartlett
                                                          Case Manager